UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO.: 5:12-CR-365-F-1

UNITED STATES OF AMERICA,

vs.

**ORDER TO SEAL**

RON O'NEAL HARGROVE,
Defendant

On motion of the Defendant, Ron O'Neal Hargrove, and for good cause shown, it is hereby ORDERED that the Defendant's Motion to Continue Sentencing and Motion for Release from Attendance [DE #41] be sealed until further notice by this Court.

This the 15th day of March, 2013.

_____
JAMES C. FOX
Senior U.S. District Judge